# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMIE QUIJIJE-NAPA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI - FT. DIX,<br><br>Respondent. | Case No. 24–cv–08002–ESK<br><br>OPINION |

**KIEL, U.S.D.J.**

    Petitioner Jamie Quijije-Napa filed this petition for writ of habeas corpus under 28 U.S.C. §2241 (Petition) (ECF No. 1.) The Court previously administratively terminated the Petition because petitioner's application to proceed *in forma pauperis* was incomplete. (ECF No. 3.) Petitioner has submitted a new *in forma pauperis* application (Amended Application). (ECF No. 4.)

    I will deny the Amended Application. Petitioner states that he receives $360 per month. (*Id.* p. 2.) His current account balance is $180.66. (*Id.* p. 3.) It therefore appears that petitioner can afford to pay the $5.00 filing fee.

    An appropriate Order accompanies this Opinion.

                                                                */s/ Edward S. Kiel*
                                                                EDWARD S. KIEL
                                                                UNITED STATES DISTRICT JUDGE

Dated: August 12, 2024